IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cr-00139-ECM |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. | ) | |

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney for the Middle District of Alabama,

Russell T. Duraski, enters his notice of appearance on behalf of the government in the above-styled

cause.

Respectfully submitted this 23rd day of April, 2026.

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY


/s/Russell T. Duraski
RUSSELL T. DURASKI
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Facsimile: (334) 223-7106
E-mail:  Russell.Duraski@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cr-00139-ECM |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2026, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to all counsel of

record.

Respectfully submitted,


/s/ Russell T. Duraski
RUSSELL T. DURASKI
Assistant United States Attorney