IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                             )
v.                           )    CASE NO. 2:26-CR-139-ECM-KFP
                             )
SOUTHERN POVERTY             )
LAW CENTER, INC.             )

## ORDER

It is ORDERED that the arraignment hearing set for **May 5, 2026, at 10:00 a.m.** is RESET for **May 7, 2026, at 1:00 p.m. in Courtroom 5A,** Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

DONE this 27th day of April, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE