IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.<br><br>SOUTHERN POVERTY<br>LAW CENTER, INC. | )<br>)<br>) CASE NO. 2:26-CR-139-ECM-KFP<br>)<br>)<br>) |

## **ORDER**

Upon consideration of Defendant's Motion to Disclose Transcript of Grand Jury

Proceedings (Doc. 22), it is ORDERED that the Government must file a response by

**May 5, 2026**, and show cause why it should not be granted. Defendant may file a reply

by **May 12, 2026**.

DONE this 28th day of April, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE