IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
        v.                          )        CR. NO. 2:26-cr-139-ECM-KFP
                                    )
SOUTHERN POVERTY LAW CENTER, INC.   )

## RESPONSE

The United States of America submits this response to the Court's April 28, 2026, Show Cause Order (Doc. 25) regarding the Defendant's Motion to Address the Government's Materially False Statements and to Enforce Rules Prohibiting Further Prejudicial Extrajudicial Statements (Doc. 23) (hereinafter "the Motion") and states as follows:

At the heart of the Motion is Defendant's allegation that Acting Attorney General Todd Blanche falsely "said publicly that the government had 'no information' that 'suggests that' the SPLC 'then turned around and shared what they learned with law enforcement' from the informant program." Doc. 23 at 12 (quoting Acting Attorney General Blanche). The relief requested by the Defendant is "an order directing the government to:

1. Retract the false and unfairly prejudicial statement that Acting Attorney General Todd Blanche made on Fox News regarding the allegations against the SPLC as a pretrial equivalent of a curative jury instruction; and

2. Refrain from making any further false or misleading statements about the allegations in the indictment and abide by the rules prohibiting extrajudicial statements that prejudice the SPLC's right to a fair trial."

Doc. 23 at 20.

On April 26, 2026, Acting Attorney General Blanche made the following statement on *Fox News Sunday with Shannon Bream*, "It is true that over the years they have selectively shared information with law enforcement. That's well-documented and there's no dispute there. They aren't charged with any of that conduct."[1] To the extent that any clarification was needed, Acting Attorney General Blanche's remarks on a major Sunday television program[2] certainly suffice.

Regarding Defendant's second relief request, the United States of America has no intention of making any false or misleading statements in this case or any other case. It is well aware of its obligations under the law and applicable rules and will act accordingly.

Respectfully submitted this the 5th day of May, 2026.

*/s/ Kevin P. Davidson*
Kevin P. Davidson
Acting United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334) 223-7280
Fax: (334) 223-7135
kevin.p.davidson@usdoj.gov

---

[1] The portion of the interview discussing this case, including the quoted portion, is being submitted as Exhibit 1. The quoted portion can be found at the 00:55 to 01:05 timestamp on the video.

[2] The Nielsen ratings indicate approximately 1,126,000 persons watched the program. https://ustvdb.com/networks/fox/shows/news-sunday-shannon-bream/

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:26-cr-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 5, 2026, I filed the foregoing with the Clerk of the Court using

the CM/ECF system which will send notification of such filing to all parties of record in this case.

Respectfully submitted,


*/s/ Kevin P. Davidson*
Kevin P. Davidson
Acting United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334) 223-7280
Fax: (334) 223-7135
kevin.p.davidson@usdoj.gov

3