### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) **Case No. 2:26-cr-0139-ECM-KFP-1** |
| SOUTHERN POVERTY LAW CENTER, INC. | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the Southern Poverty Law Center and the government move for entry of a protective order that will appropriately set guidelines for the parties' use and treatment of certain personal and sensitive information that the government will disclose to the defense. The SPLC and the government agree that a protective order is appropriate in this matter and have conferred to formulate a proposed order for the Court's consideration. That proposed order is submitted as Exhibit 1.

The following factors support the entry of a protective order in this matter:

1. The indictment (Doc. 1) charges wire fraud, false statements to financial institutions, and conspiracy to engage in money laundering.

2. Discovery which may be produced to the SPLC includes materials that contain banking information and personally identifying information of unindicted individuals.[1] Redacting this information would substantially limit defense counsel's ability to fully understand the United States' evidence and prepare a defense. Redacting this information would also create a burden on the government and result in inadvertent errors given the volume of and form of the discovery.

3. As a result, the SPLC seeks a protective order. The government has indicated that it agrees that a protective order is necessary and appropriate.

The parties respectfully request that this motion be granted and that the Court enter a protective order in the form attached as Exhibit 1.

DATED this 6th day of May, 2026.

---

[1] The SPLC has not yet determined whether it will request discovery from the government pursuant to Fed. R. Crim. P. 16(a)(1)(E). The requested protective order would cover any information provided in response to such a request, as well as any other information provided by the government in this matter.

Respectfully Submitted,

/s/ *Addy R. Schmitt*
Addy R. Schmitt (DC Bar No. 489094)
Andrea L. Moseley (DC Bar No. 502504)
Sara E. Kropf (DC Bar No. 481501)
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Telephone: (202) 627-6900
addy@kmlawfirm.com
andrea@kmlawfirm.com
sara@kmlawfirm.com


/s/ *Abbe David Lowell*
Abbe David Lowell (DC Bar No. 358651)
David A. Kolansky (NY Bar No. 5887765)
Isabella M. Oishi (DC Bar No. 90018056)
Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
alowellpublicoutreach@lowellandassociates
.com
dkolansky@lowellandassociates.com
ioishi@lowellandassociates.com

William C. Athanas (ASB-4639-A59A)
Brianna R. Stone (ASB-0400-Y40J)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8996
Facsimile: (205) 521-8800
bathanas@bradley.com
bstone@bradley.com

*Counsel for the Southern Poverty Law Center, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Addy R. Schmitt
Kropf Moseley Schmitt PLLC
