IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                                    )
v.                            )    CASE NO. 2:26-CR-139-ECM-KFP
                                    )
SOUTHERN POVERTY LAW CENTER,  )
INC.                           )

## **ORDER**

On May 7, 2026, the United States and Defendant, Southern Poverty Law Center, Inc., appeared for arraignment. Upon consideration of the matters addressed on the record, it is ORDERED as follows:

(1)    By May 14, 2026, Defendant shall file a motion regarding Defendant's proposed briefing and scheduling order and confirm therein the Government's position with the proposal.

(2)    The parties shall confer to resolve outstanding discovery matters with respect to Local Criminal Rule 16.1 and Rule 16, Fed. R. Crim. P.

(3)    By May 15, 2026, the parties shall file a joint status report regarding their resolution of the discovery matter or an appropriate motion seeking other resolution.

DONE this 8th day of May, 2026.

_____
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE