IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
          )
    v.         )      CR NO. 2:26-cr-00139-ECM-KFP
          )
SOUTHERN POVERTY LAW CENTER, INC.  )

## UNITED STATES' NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney for the Middle District of Alabama, Joel

Feil enters this notice of appearance on behalf of the government in the above-styled cause.

Respectfully submitted this the 8th day of May, 2026.

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

*/s/ Joel Feil*
Joel Feil
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: joel.feil4@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:26-cr-00139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2026, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system, which will send notification of such filing to all counsel of

record.

Respectfully submitted,

***/s/ Joel Feil***
Joel Feil
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: joel.feil4@usdoj.gov

2