**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> THE SOUTHERN POVERTY LAW CENTER, INC. <br><br> Defendant. | Case No. 2:26-cr-0139-ECM-KFP-1 <br><br> **CONSENT MOTION REGARDING DEFENDANT'S PROPOSED SCHEDULING ORDER** |

Pursuant to the Court's Order on May 8, 2026 (Dkt. Ent. 34), the SPLC, with the consent of the government, respectfully moves for an Order entering the following deadlines and case schedule:

1.     The Parties in this action appeared for the SPLC's Initial Appearance and Arraignment on May 7, 2026 before Your Honor.  Dkt. Ent. 33.

2.     At that appearance, counsel presented the Court with a possible schedule to address case issues.  On May 8, 2026, the Court directed the SPLC to file a motion regarding its proposed briefing and scheduling order, and to include the government's position with any proposal.  Order at Dkt Ent. 34.

3.     The Parties conferred on May 13–14, 2026 regarding the proposed schedule, and with the consent of government counsel, the SPLC hereby submits the following briefing and discovery schedule[1]:

---

[1] As the parties and Court noted, this schedule could be modified based on changes in the charges or the need for additional time or supplemental briefing to respond to any motions.

| | |
|---|---|
| **May 20, 2026** | Government's deadline to disclose discovery and confer with defense counsel to identify any of the SPLC's discovery requests or any other areas of discovery pursuant to which the government is not agreeing to produce discovery[2] |
| **May 26, 2026** | Defendant's pretrial motions due |
| **June 9, 2026** | Government's response to any pretrial motions due |
| **June 16, 2026** | Defendant's reply in support of its pretrial motions due |
| **June 22 or 23, 2026** | Status conference to be held virtually[3] |

A Proposed Order is attached hereto.

Dated: May 14, 2026     Respectfully Submitted,

/s/ *Addy R. Schmitt*
Addy R. Schmitt (DC Bar No. 489094)
Andrea L. Moseley (DC Bar No. 502504)
Sara E. Kropf (DC Bar No. 481501)
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005

---

[2] Pursuant to the Court's May 8, 2026 Order, counsel for the SPLC and the government conferred concerning the issue of the applications of Federal Rule of Criminal Procedure 16 and Local Rule 16.1. As a solution to allow the case to move forward, the Parties have agreed to hereby jointly ask the Court for an Order directing the Parties to follow Fed. R. Crim. P. 16, and suspending application and enforcement of Local Rule 16.1(a)(4) so as not to require any additional disclosures by the defense that might otherwise be required by the local rule. *See* ALMD Local Criminal Rule 1.1(e) ("Any judge of this Court may suspend application and enforcement of these local rules, in whole or in part, in the interests of justice in individual actions."); *see also Fluor Intercontinental, Inc. v. IAP Worldwide Servs., Inc.*, 533 F. App'x 912, 922 n.35 (11th Cir. 2013) (citing *Quick v. Peoples Bank of Cullman Cnty.,* 993 F.2d 793, 798–99 (11th Cir.1993)).

[3] As discussed at the initial appearance and arraignment, the Parties and the Court can discuss, among other issues, a schedule for additional filings and case events at the status conference.

Telephone: (202) 627-6900
addy@kmlawfirm.com
andrea@kmlawfirm.com
sara@kmlawfirm.com

/s/ *Abbe David Lowell*
Abbe David Lowell (DC Bar No. 358651)
David A. Kolansky (NY Bar No. 5887765)
Isabella M. Oishi (DC Bar No. 90018056)
Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com
ioishi@lowellandassociates.com

William C. Athanas (ASB-4639-A59A)
Brianna R. Stone (ASB-0400-Y40J)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8996
Facsimile: (205) 521-8800
bathanas@bradley.com
bstone@bradley.com

*Counsel for the Southern Poverty Law Center, Inc.*