IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 2:26-CR-139-ECM-KFP
)
SOUTHERN POVERTY LAW CENTER, )
INC. )

## ORDER

Before the Court is the parties' Consent Motion Regarding Defendant's Proposed Scheduling Order (Doc. 38). Upon consideration, in the interest of justice, and pursuant to Middle District of Alabama Local Criminal Rule 1.1(e), Local Criminal Rule 16.1 concerning criminal discovery is SUSPENDED for the duration of this case. The parties shall follow Rule 16, Fed. R. Crim. P.

DONE this 15th day of May, 2026.

_____
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE