**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> THE SOUTHERN POVERTY LAW CENTER, INC. <br><br> Defendant. | Case No. 2:26-cr-0139-ECM-KFP-1 <br><br> **UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE PRETRIAL MOTIONS** |

**THE SOUTHERN POVERTY LAW CENTER'S UNOPPOSED**
**MOTION TO AMEND THE SCHEDULING ORDER**

The SPLC respectfully moves to amend the Scheduling Order (Dkt. Ent. 43) to extend the deadline to file pretrial motions by one week.

1.      The current deadline to file pretrial motions is May 26, 2026.[1]

2.      The SPLC understands that the government is considering seeking a superseding indictment from the grand jury on the next grand jury date.

3.      While the SPLC may still file one or more motions on May 26[2], a superseding indictment could impact other potential pretrial motions—either by eliminating or raising legal issues the SPLC would otherwise address in a motion.

---

[1] This deadline does not relate to motions *in limine*, motions to compel discovery or other pretrial motions not tied to the indictment (e.g., requests concerning jury selection), which will be governed by a deadline set by the Court at the next status conference or closer to trial.

[2] Motions filed by the May 26, 2026 deadline follow the current Scheduling Order, with the government's opposition due on June 9, 2026, and the SPLC's reply due on June 16, 2026.

For efficiency, the SPLC therefore proposes to extend the deadline for pretrial motions until after the next grand jury date.

4.      Undersigned counsel spoke with counsel for the government on May 21, 2026, and the government does not oppose this request to amend the Scheduling Order.

5.      Accordingly, the SPLC hereby requests that the current schedule be amended as follows:

| | |
|---|---|
| **June 9, 2026** | Defendant's remaining pretrial motions due |
| **June 23, 2026** | Government's response to any remaining pretrial motions due |
| **June 30, 2026** | Defendant's reply in support of any remaining pretrial motions due |
| **July 6 or 7, 2026** | Status conference to be held virtually |

A Proposed Order is attached hereto.

Dated: May 22, 2026          Respectfully Submitted,

/s/ *Addy R. Schmitt*
Addy R. Schmitt (DC Bar No. 489094)
Andrea L. Moseley (DC Bar No. 502504)
Sara E. Kropf (DC Bar No. 481501)
Janelle Geddes (TN Bar No. 035141)
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Telephone: (202) 627-6900
addy@kmlawfirm.com

2

andrea@kmlawfirm.com
sara@kmlawfirm.com
janelle@kmlawfirm.com

/s/ *Abbe David Lowell*
Abbe David Lowell (DC Bar No. 358651)
David A. Kolansky (NY Bar No. 5887765)
Isabella M. Oishi (DC Bar No. 90018056)
Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com
ioishi@lowellandassociates.com

William C. Athanas (ASB-4639-A59A)
Brianna R. Stone (ASB-0400-Y40J)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8996
Facsimile: (205) 521-8800
bathanas@bradley.com
bstone@bradley.com

*Counsel for the Southern Poverty Law Center, Inc.*

3