**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THE SOUTHERN POVERTY LAW CENTER, INC.<br><br>Defendant. | Case No. 2:26-cr-0139-ECM-KFP-1<br><br>**ORAL ARGUMENT REQUESTED** |

**THE SOUTHERN POVERTY LAW CENTER'S
MOTION TO DISMISS THE INDICTMENT
FOR VINDICTIVE PROSECUTION**

The Southern Poverty Law Center ("SPLC"), by and through undersigned counsel, respectfully moves the Court to dismiss the indictment for vindictive prosecution with prejudice pursuant to Fed. R. Crim. P. 12(b)(3)(A)(iv). Alternatively, if the Court concludes that the SPLC has not shown that it is being vindictively prosecuted, then the Court should order discovery into the government's prosecutorial motives and an evidentiary hearing regarding the same, pursuant to the Fifth Amendment's Due Process Clause and the Court's inherent supervisory authority to issue such relief.

For the reasons more fully set out in the SPLC's contemporaneously filed brief, the SPLC is entitled to the relief sought on the following grounds:

1

*First*, the Court should dismiss the indictment for vindictive prosecution pursuant to Rule 12(b)(3)(A)(iv) because the prosecution of the SPLC as punishment for its protected speech violates both the First Amendment and the Due Process Clause. The SPLC has met its burden in proving both actual and presumptive vindictiveness.

*Second*, if the Court does not dismiss the indictment with prejudice, the Court should, in the alternative, allow discovery into the government's prosecutorial motives for bringing charges here and order an evidentiary hearing regarding the same, pursuant to the Fifth Amendment and the Court's inherent supervisory authority to issue such relief. *See United States v. Armstong*, 517 U.S. 456 (1996).

Dated: May 26, 2026

Respectfully submitted,

/s/ *Addy R. Schmitt*
Addy R. Schmitt (DC Bar No. 489094)
Andrea L. Moseley (DC Bar No. 502504)
Sara E. Kropf (DC Bar No. 481501)
Janelle Geddes (TN Bar No. 035141)
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Telephone: (202) 627-6900
addy@kmlawfirm.com
andrea@kmlawfirm.com
sara@kmlawfirm.com
janelle@kmlawfirm.com

/s/ *Abbe David Lowell*
Abbe David Lowell (DC Bar No. 358651)
David A. Kolansky (NY Bar No. 5887765)
Isabella M. Oishi (DC Bar No. 90018056)

2

Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com
ioishi@lowellandassociates.com

William C. Athanas (ASB-4639-A59A)
Brianna R. Stone (ASB-0400-Y40J)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8996
Facsimile: (205) 521-8800
bathanas@bradley.com
bstone@bradley.com

*Counsel for the Southern Poverty Law Center, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Abbe David Lowell
Abbe David Lowell