# Exhibit A

8:03



Flagging: Superseding indictment returned by Grand Jury today re SPLC

**Covington, Emily (PAO)**    6:34 PM
To Covington, Emily (PAO), +1

Superseding Indictment
DOCX - 56 KB

External Email

A grand jury today in MDAL returned a superseding indictment in the case against SPLC-attached.

Some notable new sections below:

      i.  F-32 also participated in recruiting new members using donors' money. In addition, an SPLC



Reply All

Mail    Calendar    Apps