# Exhibit B

**From:** ███████████ (NBCUniversal) <████████@nbcuni.com>
**Sent:** Tuesday, June 2, 2026 8:58 PM
**To:** Abbe Lowell Public
**Cc:** David Kolansky; 'bathanas@bradley.com'
**Subject:** SPLC Superseding Indictment

Hi

We were just wondering if you had any comment on this superseding indictment in the SPLC case.

It's a little confusing, I now realize we were sent this hours ago from DOJ but there is no stamp on it and its not posted on the docket yet.

But wondering if you have reaction.

Thanks

██████

█████████████
**Justice Department Producer**
**NBC News**
Cell: ████████████
Email: ████████████@nbcuni.com

