# Exhibit C

---

**From:** Davidson, Kevin P. (USAALM) <Kevin.P.Davidson@usdoj.gov>
**Sent:** Tuesday, June 2, 2026 10:01 PM
**To:** Addy Schmitt <Addy@kmlawfirm.com>; Duraski, Russell (USAALM)
<Russell.Duraski@usdoj.gov>; Feil, Joel (USAALM) <Joel.Feil4@usdoj.gov>
**Cc:** Abbe David Lowell ███████@lowellandassociates.com>; Athanas, Bill
<bathanas@bradley.com>
**Subject:** Re: Southern Poverty Law Center

Addy,

I need to gather some more information regarding this in the morning. I will respond back

to you as soon as I can.

Kevin

---

**From:** Addy Schmitt <Addy@kmlawfirm.com>
**Sent:** Tuesday, June 2, 2026 8:33 PM
**To:** Davidson, Kevin P. (USAALM) <Kevin.P.Davidson@usdoj.gov>; Duraski, Russell (USAALM) <Russell.Duraski@usdoj.gov>; Feil, Joel (USAALM) <Joel.Feil4@usdoj.gov>
**Cc:** Abbe David Lowell ████████@lowellandassociates.com>; Athanas, Bill <bathanas@bradley.com>
**Subject:** [EXTERNAL] Southern Poverty Law Center

Kevin,

Earlier this evening, the SPLC and we started to get calls from the media asking for a comment on a superseding indictment they said was brought today in Alabama. We looked on the docket and saw only some sealed filing. However, the media had a Word version of what it called a "Superseding Indictment" that has your signature block. In addition, the media had an email from Emily Covington, the DOJ Public Affairs Officer, attaching the Word version of the document. This version too was not signed or stamped. While all this was occurring, neither you nor anyone at the DOJ contacted us or provided us what someone there was sending to the media. We believe this is improper, but please explain immediately if there is an explanation that is consistent with the rules.

Regards,

Addy

**Addy R. Schmitt**
████████████ (M)
addy@kmlawfirm.com | Bio

**Kropf Moseley Schmitt PLLC**
1100 H Street NW, Suite 1220
Washington, DC 20005
+1 202-627-6900 | main
www.kmlawfirm.com | LinkedIn

 

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.