# EXHIBIT 2

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,              *

      PLAINTIFF,                     *

v.                                  * CR. No.:  2:26-cr-0139-ECM-KFP

THE SOUTHERN POVERTY CENTER, INC.,   *

      DEFENDANT.                *

## ORDER

Upon consideration of the Motion for Leave to File Amicus Curiae Brief of Protect Democracy Project in Support of Defendant's Motion to Dismiss Indictment Based on Vindictive and Selective Prosecution, it is hereby ORDERED as follows:

The Motion is GRANTED, and further

The Brief of Amicus Curiae Protect Democracy Project shall be filed on or before _____.

DONE this ___ day of June 2026.

_____

2