IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THE SOUTHERN POVERTY LAW CENTER, INC.<br><br>Defendant. | Case No.<br>2:26-cr-0139-ECM-KFP-1 |

**UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT ON SUPERSEDING INDICTMENT**

By order June 3, 2026, the Court scheduled the arraignment of the Southern Poverty Law Center ("SPLC") for June 16, 2026. In the interest of efficiency and judicial economy, the SPLC respectfully requests that the Court continue the arraignment until the parties' scheduled status conference on July 7, 2026, or, if the Court schedules a hearing on any pending motions in the meantime, at the motions hearing. In support of this request, the SPLC notes that Fed. R. Crim. P. 43(b)(1) provides that if "the defendant organization represented by counsel who is present," the defendant need not be present at arraignment.

The United States has advised that it consents to this motion.

WHEREFORE, the SPLC respectfully requests that the Court continue the arraignment on the superseding indictment until July 7, 2026.

Dated: June 8, 2026                 Respectfully submitted,

/s/ *Addy R. Schmitt*
Addy R. Schmitt (DC Bar No. 489094)
Andrea L. Moseley (DC Bar No. 502504)
Sara E. Kropf (DC Bar No. 481501)
Janelle Geddes (TN Bar No. 035141)
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Telephone: (202) 627-6900
addy@kmlawfirm.com
andrea@kmlawfirm.com
sara@kmlawfirm.com

/s/ *Abbe David Lowell*
Abbe David Lowell (DC Bar No. 358651)
David A. Kolansky (NY Bar No. 5887765)
Isabella M. Oishi (DC Bar No. 90018056)
Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com
ioishi@lowellandassociates.com

William C. Athanas (ASB-4639-A59A)
Brianna R. Stone (ASB-0400-Y40J)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8996
Facsimile: (205) 521-8800
bathanas@bradley.com
bstone@bradley.com

*Counsel for the Southern Poverty Law Center, Inc.*

2