IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THE SOUTHERN POVERTY LAW CENTER, INC.<br><br>Defendant. | Case No.<br>2:26-cr-0139-ECM-KFP-1 |

## [PROPOSED] ORDER TO CONTINUE ARRAIGNMENT ON SUPERSEDING INDICTMENT

On this day, the Court considered Defendant Southern Poverty Law Center's ("SPLC") Unopposed Motion to Continue Arraignment. After considering the motion, said motion is **GRANTED**.

It is therefore **ORDERED** that the initial appearance and arraignment previously set for June 16, 2026 is rescheduled for July 7, 2026.

Done this __ days of June, 2026

_____
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE