IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CR-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, | ) | |
| INC. | ) | |

## ORDER

Before the Court is Defendant Southern Poverty Law Center's Unopposed Motion to Continue Arraignment on Superseding Indictment. Doc. 65. Upon consideration, the motion is GRANTED.

It is therefore ORDERED that the arraignment previously set for June 16, 2026 is RESET for **July 7, 2026 at 10:00 a.m.** by video conferencing via ZoomGov Meeting.

Done this 10th day of June, 2026.

_____
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE