IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cr-139-ECM |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. | ) ) | |

**O R D E R**

Now pending before the Court are Society for the Rule of Law's and Protect Democracy Project's respective motions for leave to file an amicus curiae brief. (Docs. 55, 60).  For good cause, it is

ORDERED that a status conference is SET for **June 24, 2026 at 10:00 a.m. CDT** by telephone conference call.  Counsel for the Government and counsel for the Defendant shall be prepared to discuss the pending motions for leave to file amicus briefs (docs. 55, 60) and all other aspects of the case.  Counsel are DIRECTED to contact Cindy Sanders, the undersigned's courtroom deputy, for the phone number and access code to participate in the conference call.

The Clerk of the Court is DIRECTED to provide a court reporter.

DONE this 17th day of June, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE