# Exhibit 29

Mr. Stephen Miller
Deputy Chief of Staff
White House Office
1600 Pennsylvania Ave. Avenue, NW
Washington, DC 20500

Dear Mr. Miller,

The Southern Poverty Law Center (SPLC) was founded in 1971 to focus on civil rights and public interest litigation. It once did good work fighting segregation in the South. Less than a decade after its founding, however, it egregiously strayed from its mission, declining today into what Politico has described as "more of a partisan progressive hit operation than a civil rights watchdog."[1]

Since the year 2000, the SPLC has published a "Hate Map," now tracking over 1400 entities they classify as hateful and extremist. The reality, however, is that the SPLC places many groups on its "Hate Map" as a smear tactic solely because they disagree with its radical left-wing ideology.

The SPLC has now become so biased, politicized, and unmoored from its original mission that it has begun placing traditional value and faith-based organizations like Alliance Defending Freedom, Moms for Liberty, Liberty Counsel and the Family Research Council on its Hate Map.[2] And just a few months ago, the SPLC ran a feature article viciously attacking Turning Point USA and Charlie Kirk for advocating for President Trump's agenda on such issues as faith and the reality of biological sex.[3] This would be laughable if the consequences of this reckless and dishonest behavior were not so deadly serious.

In 2012, a would-be mass murderer armed with a gun "planned to stride into the [Family Research Council's office in Washington, D.C.] and open fire on the people inside in an effort to kill as many people as possible."[4] The gunman claimed he was motivated by the SPLC's listing of the FRC as a hate group. The SPLC hate designation was also cited as the reason for the riot and assault of a female professor at Middlebury College in 2017.[5] More recently, an SPLC staff attorney was arrested and charged in 2023 with domestic terrorism for his

---

[1] Ben Schreckinger, *Has a Civil Rights Stalwart Lost Its Way?*, Politico, July/August 2017, https://politi.co/2lsnOxw.
[2] Southern Poverty Law Center, *Hate Map*, https://www.splcenter.org/hate-map/.
[3] Rachel Fugardi, *Turning Point USA: A Case Study of The Hard Right in 2024*, May 22, 2025, https://www.splcenter.org/resources/reports/turning-point-usa-case-study-hard-right-2024/.
[4] Carol Cratty and Michael Pearson, DC shooter wanted to kill as many as possible, prosecutors say, CNN (Feb. 6, 2013), https://www.cnn.com/2013/02/06/justice/dc-family-research-council-shooting/index.html.
[5] Ronald Radosh, *Liberal Intolerance Revives as Charles Murray Is Chased From Middlebury College*, The Daily Beast (March 6, 2017), https://www.thedailybeast.com/liberal-intolerance-revives-as-charles-murray-is-chased-from-middlebury-college.

involvement in a violent riot against Atlanta police officers.[6] The SPLC responded by condemning the arrests as "heavy-handed law enforcement intervention against protestors."[7]

Violence aside, the SPLC's "Hate Map" is a fraudulent fundraising tool in keeping with the group's avowed mission of "destroy[ing]" its avowed political opponents.[8] In an article titled "The Southern Poverty Law Center Is Everything that's Wrong with Liberalism," Nathan J. Robinson, the editor-in-chief of Current Affairs, carefully scrutinized SPLC's "Hate Map" and concluded that it is an "outright fraud" and "a willful deception designed to scare older liberals into writing checks to the SPLC."[9] And former SPLC employee Bob Moser wrote that "it was hard, for many of us, not to feel like we'd become pawns in what was, in many respects, a highly profitable scam."[10]

The SPLC has been forced to publicly disavow several of its erroneous "hate" or "extremist" labels, including a 2018 retraction costing them a $3.375 million settlement after including Muslim reformer Maajid Nawaz on its "Field Guide to Anti-Muslim Extremists."[11] In addition, two federal courts have dismissed the SPLC's label as "entirely subjective"[12] and "not one 'of fact,'"[13] respectively.

The most stunning fact about the SPLC's Hate Map, however, is neither its rank dishonesty nor its transparent bias against SPLC's conservative political enemies, but the fact that *anyone* would ever rely upon it to make significant policy decisions. And yet, federal government agencies have utilized SPLC data and analysis in their work product, resulting in the stigmatization of lawful organizations advocating for views well within the American tradition. For example, the Federal Bureau of Investigation (FBI) has utilized SPLC materials to label traditional Catholics, among others, as radical extremists. The most recent known report, created by the FBI's Richmond Field Office, used the SPLC as a source to label traditional Catholic groups as hate groups, and was sent to over 1,000 FBI employees nationally.[14]

---

[6] Tyler O'Neil, SPLC Lawyer Arrested in Atlanta Molotov Cocktail Riot, Faces Terrorism Charges, The Daily Signal (March 6, 2023), https://www.dailysignal.com/2023/03/06/splc-lawyer-arrested-atlanta-molotov-cocktail- riot-faces-terrorism-charges/.

[7] Southern Poverty Law Center, NLG and SPLC Statements on Arrest of Legal Observer (March 6, 2023), https://www.splcenter.org/presscenter/nlg-and-splc-statements-arrest-legal-observer.

[8] See https://www.youtube.com/watch?v=vi1KQte6y0I&feature=youtu.be.

[9] Nathan J. Robinson, The Southern Poverty Law Center Is Everything That's Wrong With Liberalism, Current Affairs (Mar. 26, 2019), https://www.currentaffairs.org/2019/03/the-southern-poverty-law-center-is-everything-thats-wrong-with-liberalism.

[10] Bob Moser, The Reckoning of Morris Dees and the Southern Poverty Law Center, The New Yorker (Mar. 21, 2019), https://www.newyorker.com/news/news-desk/the-reckoning-of-morris-dees-and-the-southern-poverty-law-center.

[11] Press Release, Quilliam, Southern Poverty Law Center, Inc. Admits It Was Wrong, Apologizes to Quilliam and Maajid Nawaz for Field Guide to Anti-Muslim Extremists, and Agrees to Pay $3.375 Million Settlement (June 18, 2018), https://bit.ly/2M2jd0w.

[12] Ctr. for Immigr. Stud. v. Cohen, 410 F. Supp. 3d 183, 190-91 (D.D.C. 2019).

[13] Coral Ridge Ministries Media, Inc. v. Amazon.com, Inc., et al. https://www.courthousenews.com/wp-content/uploads/2021/07/coral-ridge-ruling-2019-ruling.pdf.

[14] https://www.grassley.senate.gov/news/news-releases/grassley-oversight-unveils-disturbing-extent-of-fbis-anti-catholic-bias.

Likewise, the Financial Crimes Enforcement Network (FinCEN) distributed a report by the Institute for Strategic Dialog, a left-wing organization, that used the SPLC's hate group list. This report equated groups that supported more restrictive immigration policies, traditional notions of marriage and family, or opposition to dangerous "transition" procedures to alter children's bodies under the guise of "gender affirming care" with the KKK.[15]

FinCEN distributed this report, without any cautions or caveats as to the biased nature of the content, to financial institutions it regulated in the context of having those institutions identify if customers might be violent extremists.[16] Given the power FinCEN has over these organizations, it is possible that some customers were debanked or had their sensitive financial information shared with the government unjustifiably. Further, this stigmatization of lawful groups on the basis of their beliefs, speech, and political activities presents obvious and troubling constitutional questions.

Enough is enough. The SPLC's defamatory Hate Map should no longer be used by federal agencies as a fig leaf to mask discrimination against conservatives. We, the undersigned, respectfully ask President Trump to issue an Executive Order: (1) to remove any past use of SPLC data from all Federal agency's websites, documents, and work product; (2) to prohibit any future use of any SPLC data on Federal agency websites, documents, and work product, and (3) prohibit federal funds from going to government contractors who use the SPLC's work product to determine which organizations or groups the contractor will utilize as a subcontractor or to which it will provide funding or services. We also respectfully request that the President issue a recommendation to all state and local government agencies that they too prohibit use of SPLC data on their websites, documents, trainings, and any other type of work product.

This step would empower federal agencies to evaluate enforcement and funding priorities based on accurate information, and not on false and politicized assertions by a left-wing pressure group whose primary purpose is to frighten liberals into giving it money.

Respectfully,

Tina Descovich
*CEO & Cofounder, Moms for Liberty*

Charlie Kirk
*Founder & CEO, Turning Point USA*

Dr. Ben Carson
*Founder, American Cornerstone Institute*

Kristen Waggoner
*President, Alliance Defending Freedom*

David Barton
*Founder, WallBuilders*

Mathew D. Staver
*Founder & Chairman, Liberty Counsel*

Jaimee Michell
*Founder, Gays Against Groomers*

James Lindsay
*Founder, New Discourses*

---

[15] https://judiciary.house.gov/sites/evo-subsites/republicans-judiciary.house.gov/files/evo-media-document/How-Federal-Law-Enforcement-Commandeered-Financial-Institutions-to-Spy.pdf.
[16] *Id*. at 30-33.