# Exhibit 30

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~
Domestic Investigations and Operations Guide



# DOMESTIC INVESTIGATIONS AND OPERATIONS GUIDE

## FEDERAL BUREAU OF INVESTIGATION

## RELEASED FEBRUARY 27, 2024

This is a privileged document that cannot be released in whole or in part to persons or agencies outside the Federal Bureau of Investigation, nor can it be republished in whole or in part in any written form not containing this statement, including general use pamphlets, without the approval of the Director of the Federal Bureau of Investigation.

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~
Domestic Investigations and Operations Guide

# NOTICE OF SUPERSESSION AND UPDATE:

**This document amends and supersedes the previous *Domestic Investigations and Operations Guide* (DIOG), released January 3, 2024.**

# PRINTED VERSIONS:

THE OFFICIAL VERSION OF THE DIOG IS POSTED ONLINE AT THE POLICY LIBRARY. PRINTED COPIES OF THE DIOG MAY NOT CONTAIN THE MOST CURRENT POLICY REQUIREMENTS.

# CONTACT INFORMATION:

**Questions or comments pertaining to the DIOG can be directed to:**

**The Resource Planning Office (RPO), Internal Policy Office (IPO) at**

**HQ_DIV00_INTERNAL_POLICY_OFFICE
or the Office of the General Counsel (OGC)**

# PRIVILEGED INFORMATION:

**Any use of this document, including direct quotes or identifiable paraphrasing, will be marked with the following statement:**

*This is a privileged document that cannot be released in whole or in part to persons or agencies outside the Federal Bureau of Investigation, nor can it be republished in whole or in part in any written form not containing this statement, including general use pamphlets, without the approval of the Director of the Federal Bureau of Investigation.*

~~FOR OFFICIAL FBI INTERNAL USE ONLY—DO NOT DISSEMINATE~~
~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

# 7    (U) FULL INVESTIGATIONS

## 7.1    (U) OVERVIEW

(U//~~FOUO~~) The *AGG-Dom* authorizes a second level of investigative activity—predicated investigations. Predicated investigations that concern federal crimes or threats to the national security are subdivided into Preliminary Investigations (PI) and Full Investigations (Full). A Full Investigation may be opened if there is an "articulable factual basis" of possible criminal or national threat activity, as discussed in greater detail in Section 7.5, below. There are three types of Full Investigations: (i) single and multi-subject; (ii) Enterprise; and (iii) positive foreign intelligence collection.

## 7.2    (U) PURPOSE AND SCOPE

(U) A Full Investigation may be opened to detect, obtain information about, or prevent or protect against federal crimes or threats to the national security or to collect foreign intelligence.

(U) The purposes for conducting Full Investigations include such matters as:

    A) (U) determining whether a federal crime is being planned, prepared for, occurring or has occurred;

    B) (U) identifying, locating, and apprehending the perpetrators;

    C) (U) obtaining evidence for prosecution;

    D) (U) identifying threats to the national security;

    E) (U) investigating an enterprise (as defined in DIOG Section 8); or

    F) (U) collecting positive foreign intelligence (PFI) (as defined in DIOG Section 9).

(U) The investigation of threats to the national security can be investigated under the FBI's criminal investigation authority or its authority to investigate threats to the national security. As with criminal investigations, detecting and solving crimes, gathering evidence and arresting and prosecuting the perpetrators are frequently the objectives of investigations relating to threats to the national security. These investigations also serve important purposes outside the ambit of normal criminal investigations, however, by providing the basis for decisions concerning other measures needed to protect the national security.

(U//~~FOUO~~) A Full Investigation solely for the collection of positive foreign intelligence extends the sphere of the FBI's information gathering activities beyond federal crimes and threats to the national security and permits the FBI to seek information regarding a broader range of matters relating to foreign powers, organizations, or persons that may be of interest to the conduct of the United States' foreign affairs. (See DIOG Section 9)

## 7.3    (U) CIVIL LIBERTIES AND PRIVACY

(U) The pursuit of legitimate investigative goals without infringing upon the exercise of constitutional freedoms is a challenge that the FBI meets through the application of sound judgment and discretion. In order to protect civil liberties during the conduct of criminal and national security investigations, every Full Investigation under this subsection must have adequate predication that is documented in the opening communication.

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~
Domestic Investigations and Operations Guide                           §7

(U) No investigative activity, including Full Investigations, may be taken solely on the basis of rights that are protected by the First Amendment or on the race, ethnicity, gender, national origin, religion, disability, sexual orientation, or gender identity of the subject, or a combination of only those factors. Full Investigations of individuals, groups or organizations must focus on activities related to the threats or crimes being investigated, not solely on First Amendment rights or on the race, ethnicity, gender, national origin, religion, disability, sexual orientation, or gender identity of the subject. In this context, it is particularly important clearly to identify and document the law enforcement or national security basis of the Full Investigation.

(U) *Example:* Individuals or groups who communicate with each other or with members of the public in any form in pursuit of social or political causes—such as opposing war or foreign policy, protesting government actions, promoting certain religious beliefs, championing particular local, national, or international causes, or a change in government through non-criminal means, and actively recruit others to join their causes—have a fundamental constitutional right to do so. A Full Investigation may not be opened based solely on the exercise of these First Amendment rights.

(U) The AGG-Dom authorizes all lawful investigative methods in the conduct of a Full Investigation. Considering the effect on the privacy and civil liberties of individuals and the potential to damage the reputation of individuals, some of these investigative methods are more intrusive than others. The least intrusive method if reasonable based upon the circumstances of the investigation is to be used, but the FBI must not hesitate to use any lawful method consistent with the AGG-Dom. A more intrusive method may be warranted in light of the seriousness of a criminal or national security threat or the importance of a foreign intelligence requirement.

(U) By emphasizing the use of the least intrusive means to obtain intelligence or evidence, FBI employees can effectively execute their duties while mitigating the potential negative impact on the privacy and civil liberties of all people encompassed within the investigation, including targets, witnesses, and victims. This principle is not intended to discourage FBI employees from seeking relevant and necessary intelligence, information, or evidence, but rather is intended to encourage FBI employees to choose the least intrusive—but still reasonable based upon the circumstances of the investigation—from the available options to obtain the intelligence, information or evidence. (See DIOG Section 4)

## 7.4    (U) LEGAL AUTHORITY

### 7.4.1    *(U) CRIMINAL INVESTIGATIONS*

(U) The FBI has statutory authority to investigate all federal crime not assigned exclusively to another federal agency. (See 28 U.S.C. § 533; 18 U.S.C. § 3052; 28 CFR § 0.85 [a].)

(U) The FBI also has special investigative jurisdiction to investigate violations of state law in limited circumstances. Specifically, the FBI has jurisdiction to investigate felony killings of state law enforcement officers (28 U.S.C. § 540), violent crimes against interstate travelers (28 U.S.C. § 540A), and serial killers (28 U.S.C. § 540B). Authority to investigate these matters is contingent on receiving a request by an appropriate state official.

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~