IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    CASE NO. 2:26-CR-139-ECM-KFP
    )
SOUTHERN POVERTY LAW CENTER,   )
INC.    )

## ORDER

Upon consideration of the Motion to Admit Attorney Pro Hac Vice (Doc. 61), and for good cause, it is

ORDERED that the motion (Doc. 61) is DENIED without prejudice. Attorney Tobin Raju, counsel to amicus curiae Protect Democracy Project, submitted a certificate of good standing from the Appellate Division of the Supreme Court of the State of New York but did not submit a certificate of good standing from "the [United States] district [court] in which the attorney is admitted[.]" *See* M.D. Ala. LR. 83.1(b).

DONE this 25th day of June, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE