IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,           *

    PLAINTIFF,                          *

v.                                  * CR. No.:  2:26-cr-0139-ECM-KFP

SOUTHERN POVERTY LAW CENTER, INC.,  *

    DEFENDANT.                          *

### MOTION TO ADMIT ATTORNEY PRO HAC VICE[1]

Pursuant to Local rule 83.1(b) of the Local Rules of the Middle District of Alabama, undersigned counsel moves the Court to grant admission pro hac vice to Tobin Raju to appear and participate in this action as counsel for Protect Democracy Project as Amicus Curiae.

1.  Mr. Raju is Counsel with Protect Democracy Project, 82 Nassau Street, #601, New York, NY, 10038; tobin.raju@protectdemocracy.org; (202) 579-4582.

2.  Mr. Raju practices law in New York State and is a member in good standing of the New York State Bar Association (admitted 2018) and the Missouri Bar (2022). He is also admitted to practice law before the United States District Court for the Southern District of New York (2018), the United States District Court for the Eastern District of Missouri (2021), the United States District Court for the Western District of Wisconsin (2023), the United

---

[1] A motion to admit attorney pro hac vice was initially filed on June 5, 2026 (Doc. 61), but was denied without prejudice on June 25, 2026 for failure to submit a certificate of good standing from a U. S. District Court (Doc. 79).

1

States Court of Appeals for the Second Circuit (2019), the United States Court of Appeals for the Eighth Circuit (2021), the United States Court of Appeals for the Ninth Circuit (2025), the United States Court of Appeals for the District of Columbia Circuit (2025), and the Supreme Court of the United States of America (2022).

3. Mr. Raju is over the age of 21, of good moral character, and possesses the required qualifications to practice before this Court. Mr. Raju has never resigned or been the subject of any disciplinary proceeding investigation, action, or grievance procedure, nor has he been reprimanded, suspended, placed on inactive status, disbarred, or denied admission in any court in the United States.

4. Mr. Raju has reviewed and is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy, the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5. A copy of a Certificate of Good Standing for Mr. Raju from the United States District Court for the Eastern District of Missouri is attached as Exhibit A.

6. The undersigned movant is a member in good standing of the bar of this Court and will serve as local counsel in these proceedings.

Therefore, undersigned counsel respectfully requests that the Court grant admission pro hac vice to Mr. Raju.

Respectfully Submitted this 25th day of June 2026.

/s/ Jeffery C. Duffey
Jeffery C. Duffey
Attorney for Protect Democracy Project

The Law Office of
Jeffery C. Duffey
505 South Perry St.
Montgomery, AL 36104
Tel: (334) 834-4100
AL. Bar No. 7699F67J
jefferyduffey@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system which will send notification

of such filing to all counsel of record.

s/Jeffery C. Duffey
Jeffery C. Duffey