IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CASE NO. 2:26-CR-139-ECM-KFP |
| | ) |
| SOUTHERN POVERTY LAW CENTER, | ) |
| INC. | ) |

## ORDER

Upon consideration of the Motion to Admit Attorney Pro Hac Vice (Doc. 83), and for good cause, it is

ORDERED that the motion (Doc. 83) is GRANTED, and Attorney Tobin Raju is ADMITTED to appear before this Court pro hac vice to represent amicus curiae Protect Democracy Project. Attorney Raju shall file a notice of appearance with the Court as soon as practicable.

DONE this 26th day of June, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE