IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cr-139-ECM |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. | ) ) | |

**O R D E R**

Before the Court are Defendant Southern Poverty Law Center, Inc.'s ("SPLC") motion to dismiss the indictment for vindictive prosecution (doc. 49), the Government's response (doc. 68), and the SPLC's reply (doc. 74). Upon review, it appears that the SPLC's reply includes new exhibits and related arguments which were not contained in its original motion. The Court in its discretion will afford the Government an opportunity to file a sur-reply to address the new exhibits and related arguments. Accordingly, and for good cause, it is

ORDERED that on or before **July 13, 2026**, the Government may file a sur-reply to the SPLC's reply (doc. 74).

DONE this 29th day of June, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE