FD-1036 (Rev. 10-16-2009)



UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Import Form**

**Form Type:** EMAIL - Email                              **Date:** 10/16/2025

**Title:** (U) Email from ▇▇▇▇▇▇▇▇, Liberty Council

**Approved By:** SSA S▇▇▇ P▇▇▇▇▇

**Drafted By:** ▇▇▇▇▇▇▇▇▇▇▇

**Case ID #:** 196D-MO-4147499-    (U) VICTIM- Liberty Counsel
LibertyCounsel

**Synopsis:** (U) Email correspondence from ▇▇▇▇▇▇▇, of the Liberty Council, dated 9/26/2025.

**Enclosure(s):** Enclosed are the following items:
1.  (U) Email correspondence from ▇▇▇▇▇▇▇, of the Liberty Council, dated 9/26/2025.
2.  (U) Email correspondence from ▇▇▇▇▇▇▇, of the Liberty Council, dated 9/26/2025.

♦♦

UNCLASSIFIED



2025R00327-0000579