**Z███████, K██████ (MO) (FBI)**

| | |
|---|---|
| **From:** | S██, P████████ (MO) (FBI) |
| **Sent:** | Wednesday, October 15, 2025 10:38 AM |
| **To:** | Z████████, K███████ (MO) (FBI) |
| **Subject:** | FW: SPLC investigation |
| **Attachments:** | SPLC EO Coalition Letter Final.pdf |

**From:** ████████████████████████ >
**Sent:** Friday, September 26, 2025 2:16 PM
**To:** S███, P████████ (MO) (FBI) ██████████████ >
**Subject:** [EXTERNAL EMAIL] - SPLC investigation

Agent S█████

It was good to make your acquaintance on the call today. I will have my team look for materials that might support your investigation on the issues we discussed.

In the meantime, I am attaching a recent coalition letter that Liberty Counsel and other adversely affected organizations, including Turning Point USA, sent to the White House regarding SPLC's false and fraudulent "hate group" designations.

Liberty Counsel also maintains a webpage dedicated to sharing the truth about SPLC's designations: https://lc.org/truth. There are many resources on this webpage that may be of interest to you, including a video where terrorist Floyd Corkins admits that he used the SPLC's target list to commit the violence against FRC.

The quote I mentioned on our call comes from SPLC's Senior Fellow Mark Potok, former editor-in-chief of SPLC's "Intelligence Report," and he said: "Sometimes the press will describe us as monitoring hate crimes and so on.... *I want to say plainly that our aim in life is to destroy these groups, to completely destroy them.*" There is widespread reporting on this quote online.

I will be in touch with any additional materials that we find relevant to your investigation. In the meantime, please feel free to reach out to me anytime with any questions or follow-up.

My cell/direct number is ████████████.

Kind Regards,

████████████

████████████████████



2025R00327-0000580



[LC.org](LC.org)
Offices in DC, FL, and VA
*Licensed in Florida and Ohio

This message and any attachment are intended for the person to whom it is addressed. If you are not the intended recipient, notify us immediately by replying to this message and deleting it from your computer, because any distribution of this message by you is strictly prohibited. Email cannot be guaranteed secure or error-free. We do not accept responsibility for errors that result from email transmissions. Opinions expressed in this email are solely those of the author and do not necessarily represent those of the organization.

2025R00327-0000581