IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cr-139-ECM |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, | ) | |
| INC., | ) | |
| | ) | |

**O R D E R**

Before the Court is the Defendant's motion for oral argument. (Doc. 100).  Upon review of the motion and for good cause, it is

ORDERED that the Defendant's motion for oral argument, (doc. 100), is DENIED without prejudice.  Should the Court later determine that oral argument is appropriate, a separate order will issue.

DONE this 20th day of July, 2026.

        /s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE