IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CR-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, | ) | |
| INC. | ) | |

**ORDER**

Before the Court is Defendant Southern Poverty Law Center's Motion To Show Cause Regarding the Superseding Indictment and its supplement to the motion, filed under seal. *See* Docs. 53, 98. Upon consideration of the supplement, it is

ORDERED as follows:

1.     In consideration of issues warranting confidentiality, privacy, and sensitivity with the public's right to access documents, the parties shall brief whether the entire supplement or any portion thereof should remain under seal. The parties should address whether redaction of certain information would sufficiently address the "sensitive matters" upon which the Unopposed Motion for Leave to File Pleading Under Seal (Doc. 96) was based. The SPLC shall file its brief by **August 4, 2026**, and the Government shall file its brief by **August 18, 2026**.

2.     The Government shall also file a substantive response to the supplement (Doc. 98) by **August 3, 2026**.

DONE this 21st day of July, 2026.

_____
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE