IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                                      )

v.                                 )     CASE NO. 2:26-CR-139-ECM-KFP
                                        )

SOUTHERN POVERTY LAW CENTER,  )
INC.                                 )

## **ORDER**

Before the Court is Defendant Southern Poverty Law Center's Motion for a Pre-Trial Scheduling Order. Doc. 104. As set forth below, it is ORDERED that the motion is GRANTED in part and DENIED in part.

In the arraignment order, this Court previously set the pretrial conference, including the required party conference. Doc. 44. The Court's arraignment order and the standing order on criminal discovery also address some deadlines proposed in the motion, including Jencks Act statements. This district's practice is to enter an order following the pretrial conference setting forth other deadlines. SPLC's motion proposes additional matters be set.

Upon consideration of the motion, and for good cause, it is ORDERED that the motion is GRANTED to the extent that the following deadlines are set:

1.     Pretrial motions under Fed. R. Crim. P. 12(b) and (d), 14, and 16, and any motion to compel criminal discovery must be filed by **August 7, 2026,** the response shall be filed by **August 21, 2026**, and the reply shall be filed by **August 28, 2026**. No motion in this category filed after this deadline will be considered unless filed with leave of court.

2.      Motions regarding jury selection (including any draft juror questionnaire) shall be filed by **August 19, 2026**.

3.      Proposed voir dire questions shall be filed by **September 21, 2026.** Proposed voir dire questions should not seek information provided in the jury questionnaire.

4.      Motions in limine with a brief shall be filed by **September 14, 2026**. Failure to file a brief will result in denial of the motion. Responses to the motions shall be filed by **September 21, 2026,** and replies shall be filed by **September 28, 2026.**

5.      The parties shall exchange draft jury instructions by **September 14, 2026**. Joint jury instructions, including any objections, shall be filed by **September 28, 2026**.

In all other respects, the motion is DENIED without prejudice.

It is further ORDERED

SPLC shall file its disclosure statement pursuant to Fed. R. Crim. P. 12.4 by **August 7, 2026**.

DONE this 31st day of July, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE