| | |
|---|---|
| **From:** | Davidson, Kevin P. (USAALM) |
| **To:** | Addy Schmitt |
| **Cc:** | Abbe David Lowell; Athanas, Bill; Feil, Joel (USAALM) |
| **Subject:** | RE: U.S. v. Southern Poverty Law Center |
| **Date:** | Tuesday, July 21, 2026 3:10:06 PM |

Addy,

I have reviewed your letter.  The Government asserts that it has provided all Brady material within its possession. (There will be another discovery transmittal by tomorrow afternoon although I do not believe that it contains any Brady material).  We have also provided all of the material required pursuant to the limited Rule 16 requests you have made to this point. If material comes into the prosecution team's possession that falls under one of those categories, I will produce it once I am aware of it.

Regarding proffer letters signed by the Government and potential witnesses, those can be viewed at my office upon request.

Kevin



**Kevin P. Davidson**
**First Assistant United States Attorney**
**Middle District of Alabama**
131 Clayton Street
Montgomery, Alabama  36104
334-223-7280

---

**From:** Addy Schmitt <Addy@kmlawfirm.com>
**Sent:** Monday, July 13, 2026 4:26 PM
**To:** Davidson, Kevin P. (USAALM) <Kevin.P.Davidson@usdoj.gov>
**Cc:** Abbe David Lowell <adlowell@lowellandassociates.com>; Bill Athanas <bathanas@bradley.com>; Feil, Joel (USAALM) <Joel.Feil4@usdoj.gov>; Duraski, Russell (USAALM) <Russell.Duraski@usdoj.gov>
**Subject:** [EXTERNAL] U.S. v. Southern Poverty Law Center

Kevin,

Please see the attached correspondence. Thank you.

Best regards,
Addy

**Addy R. Schmitt**

+1 202-236-5291 (M)

addy@kmlawfirm.com  |  Bio

**Kropf Moseley Schmitt PLLC**

1100 H Street NW, Suite 1220

Washington, DC 20005

+1 202-627-6900 | main

www.kmlawfirm.com  |  LinkedIn



Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.