IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cr-139-ECM |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, | ) | |
| INC. and HEIDI BEIRICH | ) | |

**O R D E R**

This case is currently set for jury selection and trial on the Court's October 5, 2026 trial term. In light of the parties' representations at the Defendants' respective arraignments, and for good cause, it is

ORDERED that a status conference is SET for **August 27, 2026 at 10:00 a.m. CDT** by telephone conference call. Counsel shall be prepared to discuss the Court's October 5, 2026 trial term and all other aspects of this case. Counsel are DIRECTED to contact Cindy Sanders, the undersigned's courtroom deputy, for the phone number and access code to participate in the conference call.

The Clerk of the Court is DIRECTED to provide a court reporter.

DONE this 26th day of August, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE