IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cr-139-ECM |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, | ) | |
| INC. and HEIDI BEIRICH | ) | |

# **O R D E R**

On August 27, 2026, the Court held a status conference to discuss the October 5, 2026 trial setting in this case. During the status conference, Defendant Heidi Beirich ("Beirich") orally moved to continue her trial setting until no earlier than late January 2027. Defendant Southern Poverty Law Center, Inc. ("SPLC") also orally moved to sever.[1] For the reasons stated on the record at the status conference, and for good cause, it is

ORDERED that **on or before 5:00 p.m. CDT on Friday, August 28, 2026**, the Government, Beirich, and the SPLC each shall file a brief regarding Beirich's oral motion to continue and the SPLC's oral motion to sever, including appropriate citation to authority.

DONE this 27th day of August, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE

[1] The Government and the SPLC represented that they do not oppose a continuance of Beirich's trial setting. The Government further represented that Beirich and the SPLC should be tried together.