IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CR-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. and HEIDI BEIRICH | ) | |

# ORDER

Based upon the Court's Order (Doc. 160) resetting the trial of this matter for February 1, 2027, the parties shall confer regarding pretrial deadlines and file a joint proposed schedule by **September 15, 2026**.

DONE this 1st day of September, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE