IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CR-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. and HEIDI BEIRICH | ) | |

**ORDER**

Before the Court are Defendant Southern Poverty Law Center's Motion to Compel the Government to Produce Exculpatory Material (Doc. 114), the Government's response in opposition (Doc. 128), and the SPLC's reply (Doc. 157). Upon review, it appears that the SPLC's reply includes a new exhibit and related arguments which were not contained in its original motion. The SPLC's reply also asserts a new limitation on its request, by offering to narrow the time frame to only seek information between 2007 and 2023. Doc. 157 at 28. Accordingly, and for good cause, it is

ORDERED as follows:

1. In accordance with the spirit of the local rules,[1] the parties shall confer based on the SPLC's offer to narrow the scope of the requested information to the time frame asserted in the second superseding indictment (2007 and 2023). The SPLC shall file a

[1] *See* M.D. Ala. LCrR 16.1(c)(1) ("No attorney shall file a discovery motion without first conferring with opposing counsel, and no motion will be considered by the court unless it is accompanied by a certification of such conference and a statement of the moving party's good faith efforts to resolve the subject matter of the motion by agreement with opposing counsel."). The undersigned recognizes that the parties met and conferred before the SPLC filed the pending discovery motion (Doc. 157 at 10–11), but it appears they have not conferred regarding the SPLC's post-motion offer to narrow the scope of the request at issue.

notice by **September 11, 2026**, reporting the results of the parties' good faith efforts by face-to-face conference[2] to resolve the outstanding discovery dispute.

2. On or before **September 15, 2026**, the Government shall file a sur-reply to the SPLC's reply.

DONE this 1st day of September, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE

[2] The parties may confer by video conferencing to satisfy the expectations of this Order for face-to-face conferencing, but communications by letter, email, or telephone are insufficient.