IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THE SOUTHERN POVERTY LAW CENTER, INC.<br><br>Defendant. | Case No. 2:26-cr-0139-ECM-KFP-1 |

**THE SOUTHERN POVERTY LAW CENTER'S STATUS UPDATE REGARDING ITS MOTION TO COMPEL THE GOVERNMENT TO PRODUCE EXCULPATORY MATERIAL**

The Court ordered that the parties meet and confer again regarding the Southern Poverty Law Center's Motion to Compel the Government to Produce Exculpatory Material and that the SPLC provide the Court with an update about those discussions, and efforts to resolve the outstanding discovery dispute. ECF 166.

1. Since the Court's order on September 1, 2026, the parties have held two face-to-face discussions regarding the scope of the government's search for responsive material and specifically with respect to the SPLC's voluntary offer to narrow the time period of its requests.[1] The parties continue to discuss how the government can search for the responsive material, the scope of the SPLC's requests, and the government's legal obligations with regard to information in its possession that is favorable to the defense/information that tends to undermine the credibility of the government's evidence.

2. The government has represented to the defense that a search of the SPLC's name in the Sentinel database during the shorter time frame of 2007 to 2023 returned 19,746 hits; this is far

[1] These discussions on September 4 and September 9 were held via video teleconference.

less than the 65,000 hits returned from the original search. The government noted that those hits reflect each instance that the SPLC's name appears in a document (suggesting that the total responsive document count would likely be far fewer than 19,746).

3. The government has also represented to the defense that it has, for the first time, searched for the names of the SPLC informants in the Sentinel database for the same time frame of 2007 to 2023 and that the number of hits for those informants ranges from zero to 4,197. The government does not know, but agreed to take reasonable steps to attempt to determine, how many of the "hits" are unique hits and the degree, if any, of overlap between the 19,746 hits and the 4,197 hits.

4. During the second meet and confer on September 9, the government disclosed for the first time that some of the responsive materials the defense is seeking would not be in the Sentinel database, but rather would be held in a second FBI database called "Delta." Defense counsel understands that, broadly speaking, Delta is the FBI's internal electronic record-keeping system for confidential human source information or management. Defense counsel also understands that this database would include exculpatory information about confidential informants. It would also include communications between the FBI and any informant or confidential human source, as well as information confirming that some of the SPLC informants were also FBI informants.

5. The government represented to the defense that it has not searched the Delta database and thus does not know how many "hits" any of the search terms would return, and that it does not intend to search the Delta database, for any time period. The government's position, as stated on September 9, is that *Brady* and its progeny do not require it to search the Delta database, even though it is where the FBI stores information about confidential human sources like the informants at issue in this case.

6. Despite the ongoing discussions, the government maintains its position that it is not required to search for or produce any of the requested material. The SPLC maintains its position that the government must search for and produce these materials (and will agree to the narrower time frame).

7. The parties *do* agree that despite the ongoing efforts to meet and confer and resolve outstanding issues, a hearing will be necessary for the Court to resolve a number of issues.

8. The parties agree that a hearing date in late October would allow the parties sufficient time to meet and confer to continue to try to resolve or at least narrow some of the disputes between them. The parties respectfully request that the Court convene such a hearing.

9. The parties also agree that short simultaneous filings a week or more before the hearing would help refine the issues that would be before the Court.

10. Accordingly, the SPLC requests that, pursuant to the parties' agreement, the Court set a hearing date in October or as soon thereafter as the Court is available. If it is helpful to the Court, Counsel for the SPLC and counsel for the government have conferred and can be available on October 13, 14, 15, and 26, if the Court has time available on its calendar on those days. The SPLC requests that the Court order the parties to simultaneously provide the Court with a filing of no more than 10 pages to define for the Court the remaining areas in dispute with regard to *Brady*.

Dated: September 11, 2026

Respectfully Submitted,

/s/ *Addy R. Schmitt*

Addy R. Schmitt (DC Bar No. 489094)
Andrea L. Moseley (DC Bar No. 502504)
Sara E. Kropf (DC Bar No. 481501)
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Telephone: (202) 627-6900
addy@kmlawfirm.com
andrea@kmlawfirm.com

sara@kmlawfirm.com

/s/ *Abbe David Lowell*
Abbe David Lowell (DC Bar No. 358651)
David A. Kolansky (NY Bar No. 5887765)
Isabella M. Oishi (DC Bar No. 90018056)
Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com
ioishi@lowellandassociates.com

William C. Athanas (ASB-4639-A59A)
Brianna R. Stone (ASB-0400-Y40J)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8996
bathanas@bradley.com
bstone@bradley.com

*Counsel for the Southern Poverty Law Center, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Addy R. Schmitt*
Addy R. Schmitt