IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:26-cr-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. and | ) | |
| HEIDI BEIRICH | ) | |

**SUR-REPLY REGARDING THE SPLC'S MOTION TO COMPEL**

The court ordered the Government to file a sur-reply to the Southern Poverty Law Center, Inc. (SPLC)'s reply (Doc. 157) regarding its motion to compel (Doc. 114). Based upon a review of the order, the Government believes that the court seeks a sur-reply to the reply's new exhibit, related arguments, and new time-period limitation offered by the SPLC. (*See* Doc. 166). The Government's responds to those topics as follows.

The SPLC has requested two categories of information which implicate the FBI – (1) information which shows that the SPLC cooperated with law enforcement and (2) information concerning the FBI's use of the same informants as the SPLC. The Government maintains that the items requested by the SPLC are not *Brady* material for the reasons previously discussed. (*See* Doc. 128).

**Information Which Shows That The SPLC Cooperated With Law Enforcement**

The SPLC's reply contains an exhibit consisting of an April 30, 2021, affidavit and accompanying exhibits filed in a federal case in the Western District of New York. The case involved a lawsuit against the Department of Justice related to alleged violations of the Freedom of Information Act. The affiant was the FBI Chief of the Record/Information Dissemination Section. The Government does not disagree with the affiant's description of the FBI systems. The SPLC takes issue with the way the Government described how the different systems would need

to be searched. (*See* Doc. 157 at 27-28). It is the Government's understanding, from speaking to multiple FBI personnel who routinely search for original Sentinel and legacy ACS records, that a search for legacy ACS records is less reliable than a search for original Sentinel records. A search for legacy ACS records may produce a result showing that a document exists, without the document actually having been fully uploaded into Sentinel. A request for that document would then need to be made to a separate FBI division. This is, at least in part, due to the fact that not all legacy ACS records have been completely migrated into Sentinel. Regardless, the Government has searched the Sentinel system for original Sentinel records as well as legacy ACS records related to the SPLC itself and each of its field sources known to the Government. The SPLC's narrowing of the requested time period to between 2007 and 2023 has still produced 19,746 "hits" after a search of "SPLC" and "Southern Poverty Law Center" along with "hits" of between 0 and 4,220 for the names of 28 individual field sources. A portion of the hits may not relate to a field source, but, instead, may relate to an individual with the same name who has no relationship with the SPLC. The Government has asked the FBI to conduct additional searches through Sentinel. Those searches began this week. The searches should shed more light on exactly what types of information is contained within the documents containing the "hits" described above. The Government will remain in contact with the SPLC regarding its search results.

**Information Concerning The FBI's Use Of The Same Informants As The SPLC**

This category of information would be at least partially found in a separate FBI system, Delta, which is an automated database and case management platform used to track and manage records related to Confidential Human Sources (CHS). Although the Government maintains that category of information is not *Brady* material, the Government requested that the FBI determine whether any of the SPLC informants who are likely Government trial witnesses also worked as

FBI CHSs. For those individuals, the Government is working with the FBI to gain the necessary approvals to obtain and disclose any potential *Giglio* information.

Respectfully submitted on this 15th day of September, 2026.

THOMAS GOVAN
UNITED STATES ATTORNEY

/s/ Kevin P. Davidson
Kevin P. Davidson
First Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334) 223-7280
Fax: (334) 223-7135
E-mail: kevin.p.davidson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:26-cr-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. and HEIDI BEIRICH | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel on record.

Respectfully submitted,

/s/ Kevin P. Davidson
Kevin P. Davidson
First Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334) 223-7280
Fax: (334) 223-7135
E-mail: kevin.p.davidson@usdoj.gov