IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CR-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. and HEIDI BEIRICH | ) | |

**ORDER**

Before the Court is Defendant Southern Poverty Law Center's Motion to Compel the Government to Produce Exculpatory Material (Doc. 114). The Government filed a response in opposition (Doc. 128), and the SPLC filed a reply (Doc. 157).

Since the filing of the motion, Defendant Heidi Beirich was indicted. At her arraignment on August 25, 2026, Beirich's counsel indicated she may wish to weigh in on the pending motion. Now before the Court is Dr. Beirich's Joinder in the Southern Poverty Law Center's Motion to Compel the Government to Produce Exculpatory Material filed September 15, 2026. Doc. 175.

Pursuant to the undersigned's Order (Doc. 166), the parties have conferred regarding the motion and provided their conference report (Doc. 169). In compliance with the Order, the Government filed its sur-reply on September 15, 2026. Doc. 174.

Therefore, the motion is now fully briefed. The matter, including the SPLC's request for a hearing (Doc. 169 at ¶ 10), is under advisement.

DONE this 22nd day of September, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE