IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:26-cr-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. and HEIDI BEIRICH | ) | |
| | ) | |

**PROPOSED PRETRIAL DEADLINE SCHEDULE**

The Government has consulted with attorneys for each defendant. The following proposed pretrial deadline schedule has been agreed to by all parties.

1. Defendant Beirich shall file any pretrial motions by October 26, 2026. The Government shall file its responses by November 2, 2026.
2. Any motion regarding jury selection and/or a jury questionnaire shall be filed by December 21, 2026.
3. Motions in limine shall be filed by February 1, 2027. The parties shall be given at least two weeks to file a response and then at least one week for a reply. The parties agree that motions in limine should be allowed to be filed past the deadline if they are based on later-produced discovery.
4. The parties shall exchange draft jury instructions by March 15, 2027.
5. The parties shall file joint jury instructions by March 29, 2027.
6. Proposed voir dire shall be filed by March 31, 2027.
7. The parties request a status conference be held in February 2027. The SPLC requests that there also be a virtual status conference the week of December 1, 2026 and a final pretrial conference the first week of April 2027.

Respectfully submitted on this 29th day of September, 2026.

THOMAS GOVAN
UNITED STATES ATTORNEY

/s/ Kevin P. Davidson
Kevin P. Davidson
First Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334) 223-7280
Fax: (334) 223-7135
E-mail: kevin.p.davidson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:26-cr-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. and HEIDI BEIRICH | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel on record.

Respectfully submitted,

/s/ Kevin P. Davidson
Kevin P. Davidson
First Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334) 223-7280
Fax: (334) 223-7135
E-mail: kevin.p.davidson@usdoj.gov