IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,

v.

THE SOUTHERN POVERTY LAW CENTER, INC.

Defendant.

Case No. 2:26-cr-0139-ECM-KFP-1

**UNOPPOSED MOTION FOR LEAVE TO FILE PLEADING UNDER SEAL**

Defendant Southern Poverty Law Center respectfully requests that the Court permit it to file under seal a pleading relating to certain discovery recently provided by the government. As grounds for this request, the defendant states that good cause exists to file this pleading under seal, including the fact that some of the material in question is subject to a dispute regarding attorney-client privilege. Filing under seal is necessary to permit a suitably thorough discussion of the issues relating to that material. No party would be prejudiced by the filing of this pleading under seal.

The United States has advised that it does not oppose this motion.

WHEREFORE, Defendant Southern Poverty Law Center respectfully requests that the Court grant its request to file a pleading under seal.

DATED this 26th day of October, 2026.

Respectfully Submitted,

/s/ William C. Athanas
William C. Athanas (ASB-4639-A59A)
Brianna R. Stone (ASB-0400-Y40J)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8996
Facsimile: (205) 521-8800
bathanas@bradley.com
bstone@bradley.com

Addy R. Schmitt (DC Bar No. 489094)
Andrea L. Moseley (DC Bar No. 502504)
Sara E. Kropf (DC Bar No. 481501)
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Telephone: (202) 627-6900
addy@kmlawfirm.com
andrea@kmlawfirm.com
sara@kmlawfirm.com
janelle@kmlawfirm.com

Abbe David Lowell (DC Bar No. 358651)
David A. Kolansky (NY Bar No. 5887765)
Isabella M. Oishi (DC Bar No. 90018056)
Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110

alowellpublicoutreach@lowellandassociates.
com
dkolansky@lowellandassociates.com
ioishi@lowellandassociates.com

*Counsel for the Southern Poverty Law Center, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ William C. Athanas
OF COUNSEL