# Exhibit D

**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

Date of entry 08/20/2026

[redacted] previously identified, was interviewed in person at the United States Attorney's Office in Montgomery, Alabama. Also present during the interview was Assistant United States Attorneys Joel Feil, Kevin Davidson, and Chris Bodnar, United States Attorney's Office Invstigator Greg Holston, FBI Forensic Account Clinton Bigham, and IRS Agent David McDaniel. After being advised of the identities of the interviewing agents and the nature of the interview, [redacted] provided the following information:

**The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures the actual words spoken.**

The interview began at approximately 9:38 AM and ended at approximately 12:20 PM. The original interview notes, FD-597, and magazines provided by [redacted] were attached to the physical 1A section of the file. The items downloaded from the thumb drive provided by [redacted] were attached to the digital 1A section of the file. The original recording was attached to the 1D section of the file.

Investigation on 08/14/2026 at Montgomery , Alabama, United States (In Person)

File # 29S-MO-4159024 Date drafted 08/17/2026

by Justin M. Lowrance, STILL PARKER H

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.