IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:26-cr-00139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. and | ) | |
| HEIDI BEIRICH | ) | |

**UNOPPOSED REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DOC. 185**

The United States of America hereby requests an extension of time to respond to Defendant Heidi Beirich's Motion for Discovery Regarding Vindictive and Selective Prosecution or in the Alternative to Dismiss Indictment (Doc. 185). Counsel for Defendant Beirich, Marc Harris, has indicated that he has no opposition to the request.

On November 2, 2026, the Defendant filed a Motion for Discovery Regarding Vindictive and Selective Prosecution or in the Alternative to Dismiss Indictment (Doc. 185). The Government's response is due to be filed by November 9, 2026. (Doc.180). The motion consists of a 55-page brief and 25 exhibits. The Government is diligently working to respond to the motion, but, due to the large amount of material comprising the motion, the Government believes additional time is needed to thoroughly and adequately address the issues raised by the Defendant. Therefore, the Government requests that its deadline to respond be extended to November 24, 2026.

Respectfully submitted this the 4th day of November, 2026.

THOMAS GOVAN
UNITED STATES ATTORNEY

*/s/ Kevin P. Davidson*
Kevin P. Davidson
First Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334) 223-7280
Email: kevin.p.davidson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:26-cr-00139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. and | ) | |
| HEIDI BEIRICH | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this case.

Respectfully submitted,

*/s/ Kevin P. Davidson*
Kevin P. Davidson
First Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334) 223-7280
E-mail: kevin.p.davidson@usdoj.gov