IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CR-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, | ) | |
| INC. and HEIDI BEIRICH | ) | |

**ORDER**

Before the Court is the Government's Opposed Motion for Extension of Time to Respond to Doc. 184. Doc. 190. The Government requests an additional week to respond to the SPLC's motion filed on October 28, 2026, but the SPLC opposes the request, unless the Government will agree to a preservation order.

The undersigned finds a one-week extension to be reasonable under the circumstances, and, accordingly, the motion is GRANTED. The Government shall respond by **November 17, 2026**.

The parties are reminded of the obligation to confer in good faith regarding discovery motions. The parties are ORDERED to confer in person, by telephone, or by video conferencing by **November 12, 2026,** regarding all outstanding discovery issues, including the SPLC's request for issuance of a subpoena to F-9 or for a preservation order.

It is further ORDERED that a hearing is set for **November 18, 2026**, in Courtroom 2F at 10:00 a.m. on the following motions: Docs. 114, 175, 183, and 184.

Done this 6th day of November, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE