Al IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,

v.

THE SOUTHERN POVERTY LAW CENTER, INC. *et al.*

Defendants.

Case No. 2:26-cr-0139-ECM-KFP-1

**THE SOUTHERN POVERTY LAW CENTER'S UNOPPOSED MOTION FOR LEAVE TO FILE PLEADING UNDER SEAL**

Defendant Southern Poverty Law Center ("SPLC") respectfully requests that the Court permit it to file under seal its Motion Related to Exhibit, together with the exhibits thereto. As grounds for this request, the SPLC states that good cause exists to file this pleading under seal. The motion concerns an exhibit to a filing which the Court previously permitted the SPLC to file under seal (Doc. 182), and it discusses material that is the subject of a dispute regarding the attorney-client privilege. Filing under seal is necessary to permit a suitably thorough discussion of the issues relating to that exhibit and other material. No party would be prejudiced by the filing of this pleading under seal.

The United States has advised that it does not oppose this motion.

WHEREFORE, the SPLC respectfully requests that the Court grant its request to file its Motion Related to Exhibit and the exhibits thereto under seal.

Dated: November 13, 2026

Respectfully Submitted,

/s/ William C. Athanas
William C. Athanas (ASB-4639-A59A)
Brianna R. Stone (ASB-0400-Y40J)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8996
bathanas@bradley.com
bstone@bradley.com

Addy R. Schmitt (DC Bar No. 489094)
Andrea L. Moseley (DC Bar No. 502504)
Sara E. Kropf (DC Bar No. 481501)
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Telephone: (202) 627-6900
addy@kmlawfirm.com
andrea@kmlawfirm.com
sara@kmlawfirm.com

Abbe David Lowell (DC Bar No. 358651)
David A. Kolansky (NY Bar No. 5887765)
Isabella M. Oishi (DC Bar No. 90018056)
Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com
ioishi@lowellandassociates.com

*Counsel for the Southern Poverty Law Center, Inc*