IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,

v.

THE SOUTHERN POVERTY LAW CENTER, INC. *et al.*

Defendants.

Case No. 2:26-cr-0139-ECM-KFP-1

**THE SOUTHERN POVERTY LAW CENTER'S**
**MOTION FOR MISCELLANEOUS RELIEF**

The Southern Poverty Law Center seeks certain miscellaneous relief, specifically authorization to access the transcript of a hearing held before Magistrate Judge Pate on November 18, 2026. Because a portion of that hearing was conducted under seal, counsel has been advised that Court authorization is required before the court reporter can supply the requested transcript to counsel.

The Southern Poverty Law Center therefore respectfully requests that the Court authorize it to receive a copy of the November 18, 2026 hearing transcript, including any portions under seal.

Dated: November 19, 2026

Respectfully Submitted,

/s/ William C. Athanas
William C. Athanas (ASB-4639-A59A)
Brianna R. Stone (ASB-0400-Y40J)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8996
bathanas@bradley.com
bstone@bradley.com

Addy R. Schmitt (DC Bar No. 489094)
Andrea L. Moseley (DC Bar No. 502504)
Sara E. Kropf (DC Bar No. 481501)
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Telephone: (202) 627-6900
addy@kmlawfirm.com
andrea@kmlawfirm.com
sara@kmlawfirm.com

Abbe David Lowell (DC Bar No. 358651)
David A. Kolansky (NY Bar No. 5887765)
Isabella M. Oishi (DC Bar No. 90018056)
Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com
ioishi@lowellandassociates.com

Counsel for the Southern Poverty Law Center, Inc