IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,

v.

THE SOUTHERN POVERTY LAW CENTER, INC., *et al.*

Defendants.

Case No. 2:26-cr-0139-ECM-KFP-1

**THE SOUTHERN POVERTY LAW CENTER'S**
**NOTICE OF COMPLIANCE WITH COURT ORDER**

The Southern Poverty Law Center ("SPLC") previously filed a Motion for a Preservation Order and Issuance of a Rule 17(c) Subpoena. ECF 184. At a hearing on that motion held November 18, 2026 (ECF 206), the Court directed the SPLC to submit a narrowed subpoena attachment and narrowed proposed preservation order by November 25, 2026. In accordance with that order, the SPLC's Proposed Subpoena Attachment is attached hereto as Exhibit A, and its Proposed Preservation Order is attached hereto as Exhibit B.

The SPLC subsequently requested authorization to file under seal a Proposed Preservation Order with the full legal name of the recipient (who is referred to as "F-9" in Exhibit B). ECF 214. The Court granted that request. ECF 215. The SPLC will submit that Proposed Preservation Order for filing in accordance with the procedures for filing under seal.

Dated: November 23, 2026

Respectfully submitted,

/s/ William C. Athanas
William C. Athanas (ASB-4639-A59A)
Brianna R. Stone (ASB-0400-Y40J)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8996
bathanas@bradley.com
bstone@bradley.com

Addy R. Schmitt (DC Bar No. 489094)
Andrea L. Moseley (DC Bar No. 502504)
Sara E. Kropf (DC Bar No. 481501)
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Telephone: (202) 627-6900
addy@kmlawfirm.com
andrea@kmlawfirm.com
sara@kmlawfirm.com

Abbe David Lowell (DC Bar No. 358651)
David A. Kolansky (NY Bar No. 5887765)
Isabella M. Oishi (DC Bar No. 90018056)
Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com
ioishi@lowellandassociates.com

Counsel for the Southern Poverty Law Center, Inc.