# ATTACHMENT A

## INSTRUCTIONS

1. “Documents” means all books, papers, records, data, and other objects within the meaning of Federal Rule of Criminal Procedure 17(c), and includes every writing, recording, image, or item of electronically stored information, of any kind, in any form or medium, whether handwritten, typed, printed, photographic, electronic, or otherwise, whether an original, draft, or non-identical copy. Without limiting the foregoing, “Documents” includes: handwritten and typed notes, journals, logs, and diaries; reports, memoranda, summaries, chronologies, analyses, and research; PowerPoint or other presentation decks, including every file linked to, embedded in, or referenced by any deck; spreadsheets and databases; photographs, negatives, slides, digital images, and screenshots; audio recordings and video recordings in any format, including recordings of telephone calls, meetings, and in-person conversations, and including the complete, unedited original of any recording from which any clip, excerpt, enhanced version, or transcript was made, together with every such clip, excerpt, enhanced version, or transcript; expense reports, receipts, invoices, checks, and other payment records; minutes, agendas, board materials, calendars and appointment records; and all metadata associated with any electronic file. “Documents” includes all Communications.

2. “Communications” means any transmission or exchange of information, in any form, and includes electronic mail (on any account), text messages, voicemail, chat and messaging-application messages (including iMessage, WhatsApp, Signal, Telegram, Slack, and Facebook or Instagram messages), social-media posts and direct messages, letters, and other written correspondence, together with all attachments, links, photographs, recordings, or files sent or received with them, and any notes, recordings, or other records memorializing an oral communication.

3. "Law Enforcement Agency" means any federal, state, tribal, or local governmental agency authorized by law to prevent, detect, investigate, or prosecute violations of criminal law, including its officers, agents, and employees, including but not limited to the U.S. Department of Justice, the Federal Bureau of Investigation, the Internal Revenue Service, the U.S. Postal Inspection Service, the West Virginia State Police.

4. The "Case" means the federal criminal investigation or charges related to United States v. Southern Poverty Law Center, et al., Case No. 2:26-cr-00139 (M.D. Ala.).

5. For digital Documents and Communications, you should provide them in electronic form, including the native file and all associated metadata. You may produce the documents to Addy Schmitt at addy@kmlawfirm.com. If the documents are too voluminous to produce this way, please produce them on a thumb drive to Addy Schmitt, Kropf Moseley Schmitt PLLC, 1100 H Street NW, Suite 1220, Washington, DC 20005, or contact Ms. Schmitt to obtain a secure link to upload the documents directly to Kropf Moseley Schmitt.

6. For Documents that exist in physical form only, you must produce complete and legible copies or scans, and you must preserve the originals and make them available for inspection and copying by counsel for the Southern Poverty Law Center upon request. If you elect to produce physical originals, please contact Ms. Schmitt to arrange delivery.

7. You are required to produce all requested Documents and Communications that are in your possession, custody, or control, wherever located and in whatever form or medium, including without limitation: (a) your residence, home office, and any other office or workspace; (b) any storage unit, storage garage, or other storage facility, whether leased in your name or in another person's name, including the contents of any file cabinets, plastic containers, boxes, bags, or binders kept there; (c) any vehicle; (d) any computer, laptop, tablet, mobile phone, camera,

audio or video recorder, external hard drive, thumb drive, memory card, or other electronic device or storage medium; (e) any email, messaging, social-media, or cloud-storage account (such as iCloud, Google Drive, Dropbox, or OneDrive); and (f) materials held by any other person or entity on your behalf or that you have the legal right or practical ability to obtain, including materials held by a storage-facility operator or by any person who is holding your property. Your obligation extends to Documents and Communications that you have previously provided, in whole or in part, to any government agent, attorney, or office; you must produce the complete and unedited version of any such materials that remain in your possession, custody, or control, not merely the portion, clip, excerpt, or copy previously provided.

8. Compliance with the Requests below must be completed within twenty-one days of service of this Subpoena.

**REQUESTS**

1. All complete, unedited original audio or video recordings of any current or former officer, director, employee, contractor, informant, or F Program participant of the Southern Poverty Law Center, including any recording from which you created or provided any clip, excerpt, enhanced version, or transcript to any agent, employee, or attorney of the United States, from January 1, 2007 to present.

2. All handwritten or typed notes, journals, logs, and diaries relating to your work as an informant and/or participant in the F Program for the Southern Poverty Law Center from January 1, 2007 to present.

3. All complete, unedited original audio recordings, video recordings, photographs, documents, or other files that are linked to, embedded in, attached to, pictured in, or referenced in the "Intelligence Briefings" that you prepared for agents, employees, and attorneys of the United

States, including the presentations you delivered on or about December 15, 2025, February 24, 2026, August 14, 2026, September 9, 2026, and September 28, 2026.

4. All Communications between you and any Law Enforcement Agency, including Communications related to the Southern Poverty Law Center, any work for which you were compensated by the Southern Poverty Law Center, and your cooperation with any investigation, including this Case, from January 1, 2007 to present.

5. All Communications between you and any current or former employee of the Southern Poverty Law Center, from March 1, 2022 to the present, concerning the Southern Poverty Law Center, its informant program or F Program, any current or former officer, director, employee, contractor, or informant of the Southern Poverty Law Center, or this Case.