**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THE SOUTHERN POVERTY LAW CENTER, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-cr-0139-ECM-KFP-1 |

**[PROPOSED] PRESERVATION ORDER**

Before the Court is the Southern Poverty Law Center's Motion for a Preservation Order and Issuance of a Rule 17(c) Subpoena.

The Motion for a preservation order is GRANTED and it is ORDERED that:

1. F-9[1] shall PRESERVE[2] all records, including Documents[3] and Communications,[4] obtained through any means, in his possession, custody, or control related to the Southern Poverty

[1] A copy of this Proposed Preservation Order will be filed under seal with the Court that identifies F-9 by his full legal name.

[2] "Preserve" means that no person subject to this Order shall shred, discard, delete, overwrite, erase, edit, truncate, conceal, or otherwise destroy, alter, or impair the accessibility or integrity of Covered Materials, or fail to take reasonable steps to suspend routine or automatic deletion, disappearing-message settings, recycling, overwriting, and other processes that would destroy or alter Covered Materials. Devices or storage media containing Covered Materials shall not be wiped, reformatted, discarded, or reset to factory settings unless the Court first authorizes a preservation protocol. Ordinary use of a device may continue only to the extent consistent with preservation of Covered Materials. "Preserve" mean that originals be retained in their existing condition. This includes the retention of electronic materials in native form with associated metadata. A scan, printout, .pdf copy, screenshot, transcripts, clip, or other derivative is not a substitute for the original.

[3] "Documents" means all books, papers, records, data, and other objects and includes every writing, recording, image, or item of electronically stored information, audio recording, and video recording, in any form or medium, whether handwritten, typed, printed, photographic, electronic, or otherwise, whether an original, draft, or non-identical copy.

[4] "Communications" means any transmission or exchange of information, in any form, and includes electronic mail (on any account), text messages, voicemail, chat and messaging-application messages (including iMessage, WhatsApp, Signal, Telegram, Slack, and Meta, X, or Instagram messages), social-media posts and direct messages, letters, and other written

Law Center, including, but not limited to, (a) internal Southern Poverty Law Center records or recordings of Southern Poverty Law Center business; (b) records related to or obtained in connection with his work as an informant for the Southern Poverty Law Center; and (c) records of interactions with any law enforcement agency, employee, or agent related to the Southern Poverty Law Center, including in his capacity as a cooperating witness ("Covered Materials").[5]

2. Counsel for the Southern Poverty Law Center shall serve this Order on F-9 forthwith and shall file a proof of service with the Court after doing so.

This Preservation Order shall remain in full force and effect until further notice from the Court.

DATED this ___ day of _____, 2026

________________________________
Kelly Fitzgerald Pate
United States Magistrate Judge

---

correspondence, together with all attachments, links, photographs, recordings, or files sent or received with them, and any notes, recordings, or other records memorializing an oral communication.

[5] "Covered Materials" means all Documents and Communications in F-9's possession, custody, or control, obtained through any means, elated to the Southern Poverty Law Center, including, but not limited to, (a) internal Southern Poverty Law Center records or recordings of Southern Poverty Law Center business; (b) records related to or obtained in connection with his work as an informant for the Southern Poverty Law Center; and (c) records of interactions with any law enforcement agency, employee, or agent related to the Southern Poverty Law Center, including in his capacity as a cooperating witness.