IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:26-cr-00139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. and | ) | |
| HEIDI BEIRICH | ) | |

UNITED STATES' MOTION FOR ORDER DIRECTING THE COURT TO PROVIDE THE UNITED STATES A COPY OF THE HEARING TRANSCRIPT

The United States of America respectfully requests that the Court issue an order directing the Clerk of the Court to provide the government a copy of the transcript of the hearing held November 18, 2026, before Honorable Judge Kelly Fitzgerald Pate. This transcript is needed to prepare for trial and any pretrial motions. Because the transcript is sealed, the court reporter will not provide the United States a copy without a court order.

Respectfully submitted this 24th day of November, 2026.

THOMAS GOVAN
UNITED STATES ATTORNEY

/s/ Kevin P. Davidson
Kevin P. Davidson
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kevin.p.davidson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:26-cr-00139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. and | ) | |
| HEIDI BEIRICH | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/ Kevin P. Davidson
Kevin P. Davidson
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kevin.p.davidson@usdoj.gov