FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

Date of entry 06/18/2026

[redacted], date of birth [redacted], residence address [redacted], telephone number [redacted] was interviewed at the FBI office in Chattanooga, Tennessee. Also present during the interview was Supervisory Special Agent [redacted], Assistant United States Attorney (AUSA) [redacted], and AUSA [redacted]. After being advised of the identity of the interviewing Agent and the nature of the interview, [redacted] provided the following information:

**The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures the actual words spoken.**

The interview with [redacted] began at approximately 2:02 PM and ended at approximately 3:39 PM.

The original recording was maintained in the 1D section of the file. The original interview notes were placed in an FD-340 envelope and routed to the physical 1A section of the file.

Investigation on 06/10/2026 at Chattanooga , Tennessee, United States (In Person)

File # 29S-MO-4159024 Date drafted 06/11/2026

by [redacted]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.