FD-302 (Rev. 5-8-10)



OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 04/20/2026

[redacted], date of birth (DOB) [redacted], residence address [redacted], telephone number [redacted], was interviewed at the FBI office in Mobile, Alabama. Also present during the interview was Acting United States Attorney [redacted], Supervisory Special Agent [redacted], Special Agent [redacted], and Internal Revenue Service Special Agent [redacted]. After being advised of the identities of the interviewing agents and the nature of the interview, [redacted] provided the following information:

**The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures the actual words spoken. The interview began at approximately 10:19 AM and ended at approximately 12:04 PM.**

[redacted]

Investigation on 04/09/2026 at Mobile , Alabama, United States (In Person)

File # 29S-MO-4159024 Date drafted 04/09/2026

by [redacted]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.