FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 03/03/2026

[redacted], date of birth [redacted], telephone number [redacted], residence address [redacted], was interviewed at his residence. Also present during the interview, in an adjoining room, were [redacted] parents. After being advised of the identities of the interviewing agents and the nature of the interview, [redacted] provided the following information:

**The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures the actual words spoken.**

The recording began at approximately 4:12PM.

[redacted]

Investigation on 02/23/2026 at Advance , North Carolina, United States (Email)

File # 29S-MO-4159024 Date drafted 03/02/2026

by [redacted]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

[redacted]

The recording ended at approximately 5:01PM. The original recording is attached to the 1D section of the file.