| Search term 1/1/2007-12/31/2023 | Number of hits | Unique documents | Number of 302's | Search results adding term adding "SPLC" | Number of 302's after adding "SPLC" search term | Number of FD-999's after adding "SPLC" search term | Search results after adding term "Southern Poverty Law Center" | Number of 302's after adding "Southern Poverty Law Center" search term |
|---|---|---|---|---|---|---|---|---|
| **Search 1** | | | | | | | | |
| SPLC | 8,045 | 7,983 | 151 | | | | | |
| Southern Poverty Law Center | 11,382 | 11,258 | 224 | | | | | |
| **Search 2** | | | | | | | | |
| [redacted] | | | | | | | | |
| **Search 5** | | | | | | | | |
| [redacted] | | | | | | | | |
| Charlottesville | 2,623,929 | 2,618,345 | 3,871 | | | | | |
| Charlottesville AND Unite the Right | 6,434 | 6,202 | 251 | | | | | |
| Charlottesville AND SPLC | 1,096 | 1,094 | 13 | | | | | |
| Chartlottesville AND Southern Poverty Law Center | 2,365 | 2,361 | 17 | | | | | |
| [redacted] | | | | | | | | |

GOVERNMENT EXHIBIT
B

| | | | | | | |
|---|---|---|---|---|---|---|
| | [redacted] | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | [redacted] | | | | | |

[redacted]